Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

April 28 2026

Joshua C. Lewis

By ______ Deputy

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRANDEN BARNETT,<br>Defendant. | NO. CR26-066 RAJ<br><br>**INDICTMENT** |

The Grand Jury charges that:

**COUNT 1**

**(Conspiracy to Commit Sex Trafficking by Force, Fraud, and Coercion)**

Beginning on a date unknown, and continuing until on or about November 24, 2025, in King County, within the Western District of Washington, and elsewhere, BRANDEN BARNETT, and others known and unknown, knowingly conspired and agreed, in and affecting interstate commerce, to recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, adult females, knowing and with reckless disregard of the fact that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause those adult females to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1594(c).



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

**(Sex Trafficking of an Adult Female (AF2) by Force, Fraud, and Coercion)**

Beginning in or about May of 2025, and continuing until in or about November 24, 2025, in King County, within the Western District of Washington, and elsewhere, BRANDEN BARNETT did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain, and did aid and abet the same, by any means, an adult female, AF2, knowing and with reckless disregard of the fact that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AF2 to engage in a commercial sex act.

The Grand Jury further alleges this offense was committed during and in furtherance of the Conspiracy to Commit Sex Trafficking by Force, Fraud, and Coercion charged in Count 1.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1), and 2.

## COUNT 3

**(Conspiracy to Transport Adult Women for Prostitution)**

Beginning on a date unknown and continuing through on or about November 24, 2025, in King County, within the Western District of Washington, and elsewhere, BRANDEN BARNETT, and others known and unknown, did knowingly conspire and agree to:

a. Transport individuals in interstate and foreign commerce, with intent that such individuals engage in prostitution and any sexual activity for which a person can be charged with a criminal offense in violation of Title 18, United States Code, Section 2421; and

b. Persuade, induce, entice, and coerce individuals to travel in interstate and foreign commerce with intent that such individuals engage in prostitution and any sexual



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(a).

A. Object of the Conspiracy:

It was an object of the conspiracy to profit financially from the prostitution activities of adult females in the States of Washington, Alaska, Oregon, California, Colorado, Hawaii, Idaho, Nevada, Massachusetts, Montana, Minnesota, Texas, and elsewhere, including foreign countries.

B. Manner and Means of the Conspiracy:

The manner and means by which the members of the conspiracy sought to accomplish the object and purpose of the conspiracy included, among others, the following:

1. It was part of the conspiracy that the co-conspirators recruited young women to work as sex workers through the promise of protection, money, and other items of value;

2. It was part of the conspiracy that the co-conspirators purchased sex workers from other human traffickers and unnamed co-conspirators and transported them to Washington;

3. It was part of the conspiracy that the co-conspirators purchased lingerie and other sex related objects such as condoms, lubricant and sex toys for the sex workers to use with potential clients;

4. It was part of the conspiracy for the co-conspirators to take photographs of the sex workers wearing the lingerie in sexual poses, which they then posted in online sex-advertisements to entice potential sex customers;

5. It was part of the conspiracy that the co-conspirators sent the sex workers to Aurora Avenue and other locations in Seattle, and elsewhere, for the purpose of recruiting potential commercial sex customers;



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. It was part of the conspiracy that the co-conspirators trained the sex workers on how to recruit potential customers and accompanied the sex workers both to Aurora Avenue and elsewhere as they attempted to recruit potential customers, and accompanied them to the eventual location of the commercial sex act with the potential customer;

7. It was part of the conspiracy for the co-conspirators to set rules for their sex workers including where they could go, who they could talk to, how much to charge for specific sex acts, and a daily quota of how much money they had to earn each day;

8. It was part of the conspiracy that the co-conspirators used the funds earned from the women's commercial sex acts to, among other things, pay for transportation within and between states and foreign countries for sex work, post advertisements for sex work, and pay for hotels for sex work;

9. It was part of the conspiracy that the co-conspirators caused women to travel within and between the States of Washington, Alaska, Oregon, California, Colorado, Hawaii, Idaho, Nevado, Massachusetts, Montana, Minnesota, Texas, and other foreign countries to engage in commercial sex;

10. It was part of the conspiracy that the co-conspirators obtained hotel rooms that were off the hotel books in SeaTac, Washington, and elsewhere. These hotel rooms were used both as a location for potential sex acts with customers and as a location for the conspiracy to house various sex workers;

11. It was part of the conspiracy for the co-conspirators to use the threat of eviction from the hotel and withhold food as a means of controlling the sex workers and enticing them to continue to conduct commercial sex acts;

12. It was part of the conspiracy for the co-conspirators to create false identities both for themselves and for the sex workers under their control to enable interstate travel and to avoid detection by law enforcement;



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13. It was part of the conspiracy for the co-conspirators to use violence and the threat of violence to force sex workers to continue to engage in commercial sex acts and recruit additional customers;

14. It was part of the conspiracy for the co-conspirators to provide controlled substances to the sex-workers and then to deny them access to the controlled substances if they did not follow their rules; and

15. It was part of the conspiracy for the co-conspirators to use false identities to fraudulently obtain rental properties and vehicles that they used to further the conspiracy to conduct sex trafficking.

C. Overt Acts:

During and in furtherance of the conspiracy, in the Western District of Washington, and elsewhere, the coconspirators committed the acts charged in Count 4, below, as overt acts.

All in violation of Title 18, United States Code, Section 371.

**COUNT 4**

**(Transportation of an Adult Female (AF2) for the Purpose of Prostitution Through Coercion and Enticement)**

Beginning in or about May 2025, and continuing until on or about November 24, 2025, in King County, within the Western District of Washington, and elsewhere, BRANDEN BARNETT did knowingly persuade, induce, entice, and coerce, and did aid and abet the same, an adult female, AF2, to travel in interstate commerce, specifically, to and from the States of Texas, California, Washington, Oregon, and elsewhere, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

The Grand Jury further alleges this offense was committed during and in furtherance of the Conspiracy to Transport Adult Women for Prostitution charged in



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Count 3.

All in violation of Title 18, United States Code, Sections 2422(a) and 2.

**COUNT 5**

**(Attempted Sex Trafficking of a Minor)**

Beginning in or about May 2025, and continuing until in or about July 2025, in King County, within the Western District of Washington, and elsewhere, BRANDON BARNETT did, in and affecting interstate commerce, knowingly attempt to recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a minor, MV2, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe MV2, that MV2 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c), and 1594(a).

**COUNT 6**

**(Attempted Sex Trafficking of a Minor)**

Beginning in or about May 2025, and continuing until in or about July 2025, in King County, within the Western District of Washington, and elsewhere, BRANDON BARNETT did, in and affecting interstate commerce, knowingly attempt to recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a minor, MV4, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe MV4, that MV4 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c), and 1594(a).



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**FORFEITURE ALLEGATION**

The allegations in Counts 1 through 6 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of any of the offenses charged in Counts 1, 2, 5, and 6 of this Indictment, BRANDEN BARNETT shall forfeit to the United States, pursuant to Title 18, United States Codes, Section 1594(d), any property that constitutes or is derived from proceeds of the offense and any property traceable to such property, as well as any property involved in, used, or intended to be used to commit or facilitate commission of the offense and any property traceable to such property.

Upon conviction of either of the offenses charged in Counts 3 and 4 of this Indictment, BRANDEN BARNETT shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), any property that constitutes or is derived from proceeds of the offense, as well as any property used or intended to be used to commit or facilitate the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be divided without difficulty,

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 4/28/2026

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

FOREPERSON

SARAH Y. VOGEL
Criminal Chief Assistant United States Attorney

TODD GREENBERG
Assistant United States Attorney

ZACHARY W. DILLON
Assistant United States Attorney

Catherine L. Crisham

CATHERINE L. CRISHAM
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970